AO 442 (Rev. 5/93) Warrant for Arrest Modified 1/7/2000 USAO VT

# United States District Court

### DISTRICT OF VERMONT

UNITED STATES OF AMERICA

V.

TAMARA CORREA

**WARRANT FOR ARREST**

CASE NUMBER: 2:04-CR-131-4

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ........ Tamara Correa ........
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [✓] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

violating conditions of release by threatening a witness and by continuing to engage in drug related activity

*U.S. MARSHALS SERVICE DISTRICT OF VERMONT  2004 SEP 10  P 4:36*

In violation of Title _____ United States Code, Section(s) _____

JEROME J. NIEDERMEIER                    US MJ
Name of Issuing Officer                   Title of Issuing Officer

[signature]                               9-10-04       Burlington, Vermont
Signature of Issuing Officer              Date and Location

Bail fixed at $ _____                     by _____ Judicial Officer

COPY FOR CASE FILE AND/OR INVESTIGATIVE PURPOSES ONLY — ORIGINAL ON FILE USMS-VT

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
1550 MAIN St. #__ Springfield, MA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9-10-04 | GARY MATHSON | Gary N Mattson CF DUSM |
| DATE OF ARREST | DEPUTY US MARSHAL | |
| 9-16-04 | | |

This form was electronically produced by Elite Federal Forms, Inc.